IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03184-GPG

LA'RON MARSHALL,

    Applicant,

v.

J. OLIVER,

    Respondent.

---

ORDER TO DRAW CASE TO A PRESIDING JUDGE AND A MAGISTRATE JUDGE

---

    After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

    DATED April 21, 2015, at Denver, Colorado.

                                                 BY THE COURT:

                                                 S/ Gordon P. Gallagher

                                                 United States Magistrate Judge